**UNITED STATES of America,**
**Plaintiff–Appellee,**

**v.**

**Ignacio NUNO–TINOCO, also known as Jose Gonzalez, Defendant–Appellant.**

**No. 03–10399**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2003.

Susan B. Cowger, US Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Ignacio Nuno–Tinoco, pro se, Eden, TX, for Defendant–Appellant.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Ignacio Nuno–Tinoco on direct appeal has filed a motion to withdraw and a brief pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Nuno has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.